# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MAURICE J. SINKFIELD, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) Case No. CIV-19-0597-F |
| GRADY COUNTY LAW ENFORCEMENT CENTER, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

Plaintiff Maurice J. Sinkfield, a federal prisoner appearing *pro se* and *in forma pauperis*, brings this action under 42 U.S.C. § 1983 alleging that his constitutional rights were violated while incarcerated at the Grady County Enforcement Center in Chickasha, Oklahoma. On October 28, 2019, Magistrate Judge Gary M. Purcell submitted a Report and Recommendation. Doc. no. 16. The Report states that the magistrate judge has reviewed the sufficiency of the complaint pursuant to 28 U.S.C. § 1915A and § 1915(e)(2)(B). Following that review, the Report recommends that the complaint be dismissed, without prejudice, for failure to state a claim upon which relief can be granted.

The Report further advised that any objection to the Report must be filed with the clerk of this court by November 18, 2019, and that failure to make timely objection waives the right to appellate review of the recommended ruling. The time for objection has expired, and no objection or request for an extension of time within which to object to the Report has been filed.

Having reviewed the Report, and with there being no objection to the Report, the court concurs in the recommended rulings stated there. The court also finds that given the detailed analysis set out in the Report, no purpose would be served by any additional discussion of the issues.

The Report (doc. no. 16) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. As recommended in the Report, this action is **DISMISSED**, without prejudice, for failure to state a claim upon which relief can be granted.

IT IS SO ORDERED this 4th day of December, 2019.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

19-0597p001.docx